**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**TONY J. REID**
1800 State Street,
Skagway, AK 99840;

**BRANDON A. PHILLIPS**
1407 E Fairview Ave,
Sapulpa, OK 74066; and

**CHARLIE BOAGNI JR.**
1407 Chatsworth Dr,
Morgan City, LA 70380

Plaintiffs,

V.

**ALEJANDRO MAYORKAS**
Secretary of the Department of Homeland Security, in his official capacity, 2707 Martin Luther King Jr Ave SE, Washington, DC 20528;

**ADMIRAL LINDA L. FAGAN**
Commandant of the Coast Guard, in her official capacity, 1790 Ash St SE, Washington, DC 20032,

Defendants.

Case No.: 1:24-cv-02186

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

**Fed. R. Civ. P. 15(a)(2)**

## RELIEF SOUGHT

Plaintiffs move this court to file an amended complaint, a copy of which is attached to this motion as Exhibit A.

## GROUNDS FOR RELIEF

Plaintiffs are making this motion now because Plaintiffs recently discovered additional information about the activities and operations of Defendants that fall within the scope of this action and merit the assertion of additional theories of relief.

**SUPPORTING PAPERS**

This motion is based on the pleadings and papers on file in this action, this motion, the notice of errata to complaint, and whatever evidence and argument is presented at the hearing of this motion.

Dated: October 28, 2024

Respectfully submitted,

By: Brett O'Brien

BRETT O'BRIEN, ESQ.
DC Bar License #: 1753983
NATIONAL SECURITY LAW FIRM, LLC
1250 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 600-4996
Fax: (202) 545-6318