**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TONY J. REID, *et al.*, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 24-2186 (RC) |
| | : | |
| v. | : | Re Document Nos.: 35, 39, 44 |
| | : | |
| MARKWAYNE MULLIN, | : | |
| in his official capacity as Secretary of | : | |
| Homeland Security, *et al.*, | : | |
| | : | |
| Defendants, | : | |

**ORDER**

**GRANTING DEFENDANTS' MOTION TO DISMISS**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' motion for leave to file an amended answer (ECF No. 44) is **GRANTED**, Defendants' motion to dismiss for lack of jurisdiction (ECF No. 39) is **GRANTED**, and Plaintiffs' motion for attorneys' fees and costs (ECF No. 35) is **DENIED as moot**. It is hereby:

**ORDERED** that the case is dismissed for want of subject-matter jurisdiction.

**SO ORDERED**.

Dated: June 23, 2026

RUDOLPH CONTRERAS
United States District Judge